**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 19-cr-19 (RDM)** |
| | : | |
| **CHRISTOPHER GREEN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**<u>JURY VERDICT FORM</u>**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

<u>Count One</u>: Conspiracy to Participate in a Racketeer Influenced and Corruption Organization.

We find the defendant Christopher Green:

_____ Guilty            _____ Not Guilty

If you find the defendant not guilty of Count One, proceed to the next Count. If find the defendant Christopher Green guilty of Count One, what type or types of racketeering activity do you find to have been objectives of the conspiracy?

1.    Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

Yes: _____            No: _____

If yes, indicate whether you found one act or more than one act:

One: _____            More than One: _____

2.    Do you find that the pattern of racketeering activity agreed to by the defendant included any acts involving robbery in violation of the D.C. Code or Maryland law as instructed by this court?

Yes: _____            No: _____

If yes, indicate whether you found one act or more than one act:

One: _____     More than One: _____

3.  Do you find that the pattern of racketeering activity agreed to by the defendant included any acts of kidnapping in violation of Maryland law as instructed by this court?

Yes: _____     No: _____

If yes, indicate whether you found one act or more than one act:

One: _____     More than One: _____

4.  Do you find that the pattern of racketeering activity agreed to by the defendant included any acts involving violation of federal narcotics laws as instructed by this court?

Yes: _____     No: _____

If yes, indicate whether you found one act or more than one act:

One: _____     More than One: _____

5.  Do you find that the pattern of racketeering activity agreed to by the defendant included any acts involving witness tampering as instructed by this court?

Yes: _____     No: _____

If yes, indicate whether you found one act or more than one act:

One: _____     More than One: _____

Special Finding:

6.  If you find the defendant Christopher Green guilty of Count One, do you find that the defendant did feloniously, willfully, and with deliberate and premeditated malice aforethought kill and murder Jan Cotto on April 6, 2017, in violation of the Maryland law?

Yes: _____     No: _____

7.  If you find the defendant Christopher Green guilty of Count One, do you find that the defendant did, while attempting to perpetrate the crime of robbery, aid and abet others in the shooting of Zaan Scott on April 9, 2017 thereby causing injuries

from which Zaan Scott died on May 17, 2017.

Yes: _____          No: _____

Count Two:  Violent Crime in Aid of Racketeering—Murder of Jan Cotto

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty

If you find the defendant guilty of Count Two, proceed to Count Three.  If you find the defendant not guilty of Count Two, then you must find the defendant not guilty of Count Three and proceed to Count Four.

Count Three:  Unlawful Possession of a Firearm During and in Relation to a Crime of Violence (that is, Count Two)

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty

If you find the defendant not guilty of Count Three, please proceed to consider the next Count. If you find the defendant guilty of Count Three, please answer the following question:

Do you find that the defendant discharged a firearm in relation to the offense charged in Count Three?

Yes: _____          No: _____

Count Four:  Violent Crime in Aid of Racketeering—Murder of Zaan Scott

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty

If you find the defendant guilty of Count Four, proceed to Count Five.  If you find the defendant not guilty of Count Four, then you must find the defendant not guilty of Count Five and proceed to Count Six.

3

<u>Count Five</u>:  Unlawful Possession of a Firearm During and in Relation to a Crime of Violence (that is, Count Four)

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty


<u>Count Six</u>:  Violent Crime in Aid of Racketeering—Kidnapping of Sean Fullwood

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty

If you find the defendant guilty of Count Six, proceed to Count Seven.  If you find the defendant not guilty of Count Six, then you must find the defendant not guilty of Count Seven and proceed to Count Eight.


<u>Count Seven</u>:  Unlawful Possession of a Firearm During and in Relation to a Crime of Violence (that is, Count Six)

We find the defendant Christopher Green:

_____ Guilty          _____ Not Guilty

If you find the defendant not guilty of Count Seven, please proceed to consider the next Count. If you find the defendant guilty of Count Seven, please answer the following question:

Do you find that the defendant brandished a firearm in relation to the offense charged in Count Three?

Yes: _____          No: _____


<u>Count Eight</u>:  Assault with a Dangerous Weapon

We find the defendant Christopher Green:

\_\_\_\_✓_____ Guilty          _____ Not Guilty

If you find the defendant guilty of Count Eight, proceed to Count Nine.  If you find the defendant not guilty of Count Eight, then you must find the defendant not guilty of Count Nine and proceed to Count Ten.

Count Nine:  Possession of a Firearm During a Crime of Violence (that is, Count Eight)

We find the defendant Christopher Green:

_____ Guilty                    _____ Not Guilty


BY:   _____                    _____
         FOREPERSON                         JUROR NUMBER