## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

                      :

    **v.**                    :    **Case No. 19-cr-19 (RDM)**

                      :

**CHRISTOPHER GREEN,**      :

                      :

    *Defendant.*             :

## JURY VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

1.    Count One:  Conspiracy to Participate in a Racketeering Enterprise

We find the defendant Christopher Green:

_____X_____ Guilty           _____ Not Guilty

      If you find the defendant not guilty of Count One, proceed to the next Count (Count Two).  If you have found the defendant Christopher Green guilty of Count One, what type or types of racketeering activity do you find formed the pattern of racketeering activity?

    a.  Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving murder, in violation of 22 D.C. Code §§ 1803, 1805a, 2101, 2103, 2104?

    Yes: ___X___           No: _____

    b.  Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving murder, in violation of Md. Code Ann., Crim. Law §§ 2-201, 2-204, 2-205, 2-206, and the Common Law of Maryland punishable pursuant to Md. Code Ann., Crim. Law §§ 1-201, 1-202?

    Yes: _____           No: ___X___

1

c. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving robbery, in violation of 22 D.C. Code §§ 1803, 1805a, 2801, 2802?

Yes: _____          No: ___X___

d. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving robbery, in violation of Md. Code Ann., Crim. Law §§ 3-402, 3-403, and the Common Law of Maryland punishable pursuant to Md. Code Ann., Crim. Law §§ 1-201, 1-202?

Yes: ___X___          No: _____

e. Do you find that the pattern of racketeering activity agreed to by the defendant included any act involving kidnapping, in violation of Md. Code Ann., Crim. Law § 3-502, and the Common Law of Maryland punishable pursuant to Md. Code Ann., Crim. Law §§ 1-201, 1-202?

Yes: ___X___          No: _____

Special Findings:

a. If you find the defendant Christopher Green guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factors in the Indictment, that is, he did feloniously, willfully, and with deliberate and premeditated malice aforethought kill and murder Jan Cotto on April 6, 2017, in violation of the Maryland law?

Yes: _____          No: _____

b. If you find the defendant Christopher Green guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factors in the Indictment, that is, he did so while perpetrating or attempting to perpetrate the crime of robbery of Zaan Scott on April 9, 2017, thereby causing injuries from which Zaan Scott died on May 17, 2017?

Yes: _____          No: _____

2. Count Two: Violent Crime in Aid of Racketeering—Murder of Jan Cotto

We find defendant Christopher Green:

_____ Guilty          ___X___ Not Guilty

2

3.    Count Three: Violent Crime in Aid of Racketeering—Kidnapping of Sean Fullwood

We find defendant Christopher Green:

_____X_____ Guilty                    _____ Not Guilty

BY:
    FOREPERSON                        JUROR NUMBER

3